Dismissed and
Memorandum Opinion filed January 7, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00353-CV

____________

 

PATRICK WILLIAM KEYS AND ALL OTHER OCCUPANTS,
Appellants

 

V.

 

U.S. BANK, N.A. AS TRUSTEE, Appellee

 

 

 



On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 888488

 

 

 



MEMORANDUM
OPINION

            This is an appeal from a judgment signed April 24, 2007.  The
clerk’s record was filed on November 9, 2007.  The reporter’s record was filed January
12, 2009.  No brief was filed.

            On November 9, 2009, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before December 7, 2009, the Court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.

            Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Yates,
Seymore, and Brown.